UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT LEON MERTENS,<br><br>        Defendant. | Case No. 2:03-CR-073-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

### INTRODUCTION

The Court has before it two motions to reduce sentence filed by the defendant and a motion to dismiss those motions filed by the Government. The motions are fully briefed and at issue. For the reasons explained below, the Court will deny the defendant's motions and grant the Government's motion.

### ANALYSIS

Defendant Mertens was convicted of conspiracy to distribute illegal drugs along with other charges and eventually sentenced to 376 months imprisonment by Judge Lodge. Mertens filed a motion to reduce his sentence based on the First Step Act and various factors under § 3553(a), including his extensive rehabilitation efforts while in prison. Judge Lodge granted that motion, reducing Mertens' sentence from 376 months to 314 months.

Mertens has now filed two additional motions to reduce his sentence arguing (1) that his rehabilitation efforts since his last motion warrant a further reduction in his

**Memorandum Decision & Order – page 1**

sentence, (2) that the sentence he received for his marijuana offenses was unfair given new societal attitudes on that drug; (3) that the Court should hold a hearing to inquire into the Federal Public Defender's refusal to file a motion to reduce his sentence, and (4) that the Court should appoint counsel to represent him on these motions.

Turning first to Mertens' marijuana charges, he cites no law or other authority that would allow for a reduction in sentence based on changes in societal attitudes. With regard to his rehabilitation efforts, they are commendable but he received credit for those efforts from Judge Lodge and cites no authority that he is entitled to further credit. Because his claims are invalid, the Court refuses to hold the hearing he requests on the conduct of the Federal Public Defender and denies his request for counsel. For these reasons his motions will be denied and the Government's motion to dismiss will be granted.

## ORDER

In accord with the Memorandum Decision above,

NOW THEREFORE IT IS HEREBY ORDERED, that the defendant's motions to reduce sentence (docket no. 607 & 609) are DENIED.

IT IS FURTHER ORDERED, that the Government's motion to dismiss (docket no. 610) is GRANTED.

DATED: June 24, 2020

B. Lynn Winmill
U.S. District Court Judge

**Memorandum Decision & Order – page 3**